Lawrence Patterson, et al., Plaintiff-Appellant, v. A. J. Byrne, Defendant-Appellee.

Gen. No. 59-O-26. 

Fourth District.

March 9, 1960.

Released for publication March 28, 1960.

Leonard J. Dunn (Robert S. Hill, of counsel) for plaintiff-appellant; John E. Jacobsen, Craig and Craig, for defendant-appellee. Opinion by PRESIDING JUSTICE SCHEINEMAN. **Not to be published in full.**